IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRAIG M. KERNS, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV0039 |
| vs. ) | |
| ) | ORDER |
| PATTY SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    This matter is before the court on filing no. 21, the motion for leave to withdraw counsel, filed by the defendant. Filing no. 21 also seeks leave to substitute Michele Lewon for Jennifer Tomka as counsel on record for the defendant.

    IT THEREFORE IS ORDERED that the motion for leave to withdraw (#21) is granted. The Clerk shall send Jennifer Tomka a copy of this order, and then remove her from the distribution list for this case. Michele Lewon will now be the counsel on record for the defendant in this case.

    DATED this 16th day of June, 2006.

    BY THE COURT:

    s/F.A. GOSSETT
    United States Magistrate Judge