IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRAIG M. KERNS, et al., ) | |
| ) | |
| Plaintiff, ) | 8:06cv39 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| PATTY SMITH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on (1) filing no. 27, the Motion to Reconsider filed by the plaintiffs, Craig M. Kerns, et al.; and (2) filing no. 29, the Objection to Plaintiff's Motion to Reconsider filed by the defendant, Patty Smith. On September 21, 2006, I entered judgment in this action dismissing the plaintiffs' complaint with prejudice. In filing no. 27, the plaintiffs have not presented any facts or controlling decisions which I had previously overlooked and which might have materially influenced my decision to enter judgment in the defendant's favor. In the absence of any basis for reconsideration, filing no. 27, the plaintiffs' Motion to Reconsider, is denied, and filing no. 29, the defendant's Objection to Plaintiff's Motion to Reconsider, is granted.

SO ORDERED.

November 2, 2006.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge